IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wylie K. Fletcher, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00815 |
| v. | : | Judge Watson |
| Jerry Wray, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

The settlement conference set for June 13, 2012 is CANCELLED. The settlement conference will be re-scheduled for September Settlement Week. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, R. Leland Evans, 41 S. High Street, Suite 2900, Columbus, Ohio 43215.

s/ Mark R. Abel
United States Magistrate Judge